CLERK'S OFFICE U.S. DIST. COURT AT LYNCHBURG, VA FILED APR 13 2006 JOHN F. CORCORAN, CLERK BY: /s/ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| PETER W. KARRAS, | ) |
| Plaintiff, | ) Case No. 6:05CV00031 |
| v. | ) **ORDER** |
| FIRST COLONY LIFE INSURANCE COMPANY PENSION PLAN, et al., | ) By: Jackson L. Kiser<br>Senior United States District Judge |
| Defendants. | ) |

For the reasons stated in the accompanying Memorandum Opinion, Plaintiff's Motion for Summary Judgment is **DENIED** and Defendants' Motion for Summary Judgment is **GRANTED**.

The Clerk is directed to send certified copies of this Order to all counsel of record. The clerk is further directed to strike this matter and all outstanding motions from the Court's docket.

Entered this 13th day of April, 2006.

s/Jackson L. Kiser
Senior United States District Judge